UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 09-11249-PBS

Samuel Sanfilippo,
Plaintiff,

v.

Ocean Crest Seafood, Inc.,
Defendant / Third Party Plaintiff,

v.

Comet Consolidated Fisheries, Inc.,
Third Party Defendant.

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

September 9, 2010

To: All Counsel